■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERMAL QOSHJA, Appellant. [936 NYS2d 540]

Regardless of the validity of defendant's waiver of his right to appeal, we see no reason to reduce the sentence in the interest of justice, given the gravity of the crimes to which he admitted.

We note that, had defendant been convicted after trial of all counts of the indictment, he could have received an aggregate sentence of as many as 50 years. Concur—Tom, J.P., Saxe, Friedman and Catterson, JJ.